## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ROBERT ALLEN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 2:10-cv-00827-JCM-LRL |
| | ) **O R D E R** |
| REPUBLIC SILVER STATE DISPOSAL, INC., | ) |
| Defendant. | ) |

Before the court is Callister + Associates' Motion to Withdraw as Counsel of Record (#24). For good cause appearing,

IT IS ORDERED that the Motion (#24) is granted.

IT IS FURTHER ORDERED that the plaintiffs shall have until February 18, 2011 to retain new counsel. On February 18, 2011, either plaintiffs' new counsel will file a notice of appearance or plaintiffs will file a status report explaining why they have not retained new counsel.

IT IS FURTHER ORDERED that these proceedings shall be stayed pending further order of the court.

Callister + Associates shall forthwith ensure that each plaintiff receives a copy of this order.

DATED this 5th day of January, 2011.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**