Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant
Republic Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALLEN, GERALD DAVIS, MAURICE JOHNSON, DEXTER LOCKHART, FLOYD HUNT, TY-YIVRI GLOVER, REGINALD RUSSELL, GARY GATES, STEPHONE REVELS, THERON JONES,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC., AND DOES I-X AND ROES I-X,<br><br>Defendant. | Case No. 2:10-CV-00827-JCM-LRL<br><br>**MOTION FOR AN ORDER PERMITTING DEFENDANT REPUBLIC TO PROCEED WITH DISCOVERY RELATING TO PLAINTIFFS ROBERT ALLEN, REGINALD RUSSELL AND GARY GATES' CLAIMS** |

Defendant Republic Silver State Disposal Inc., ("Republic"), by and through its counsel of record, moves the Court for an Order Permitting Republic To Proceed with Discovery Relating to Plaintiffs Robert Allen, Reginald Russell, and Gary Gates' Claims.

This Motion is based upon the attached Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and any argument that the Court deems proper.

Dated this 11th day of March, 2011.

JACKSON LEWIS LLP

/s/ Lisa A. McClane
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada 89169

*Attorneys for Defendant*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On January 5, 2011, the Court granted Callister + Associates' Motion to Withdraw as Counsel of Record for the Plaintiffs. *See* Docket #26. The Court further ordered that the Plaintiffs had until February 18, 2011 to retain new counsel and file a notice of appearance or a status report explaining why they had not retained new counsel. *Id.* The Court also stayed proceedings in this matter pending further order of the Court. *Id.*

On February 15, 2011, Plaintiffs Gary Gates, Reginald Russell and Robert Allen filed Status Reports with the Court indicating that they could not afford to retain a new attorney and that they wanted to proceed pro se. *See* Docket #28-30.

Since Plaintiffs Gates, Russell and Allen have indicated their intent to proceed in this matter pro se, Republic respectfully requests that the Court issue an Order permitting discovery relating to Plaintiff Gary Gates, Reginald Russell and Robert Allen's claims.  With such an order Republic will then pursue a new discovery plan directly with Plaintiffs.

Dated this 11th day of March, 2011.

JACKSON LEWIS LLP

/s/ Lisa A. McClane
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3960 Howard Hughes Parkway
Suite 450
Las Vegas, Nevada  89169

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     3-15-11

-3-

## CERTIFICATE OF SERVICE

Pursuant to Special Order #109, counsel of record registered for the CM/ECF system have been served with the foregoing **MOTION FOR AN ORDER PERMITTING DEFENDANT REPUBLIC TO PROCEED WITH DISCOVERY RELATING TO PLAINTIFFS ROBERT ALLEN, REGINALD RUSSELL AND GARY GATES' CLAIMS** by electronic means. In addition, pursuant to Fed. R. Civ. P. 5(b), I hereby certify that the service of the same was made this 11th day of March, 2011, by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to:

Robert Allen
3129 Extravagant
North Las Vegas, Nevada 89031

Gerald Davis
2512 Manchester Bay Avenue
North Las Vegas, Nevada 89031

Gary L. Gates
6324 Orange Hue Street
North Las Vegas, Nevada 89031

Ty-Yivri L. Glover
705 Bright Lights Avenue
Las Vegas, Nevada 89031

Maurice A. Johnson
5608 Riverbird Street
North Las Vegas, Nevada 89031

Theron Jones
3514 Arkwright Falls Avenue
Las Vegas, Nevada 89032

Dexter E. Lockhart
328 Plum Horse Avenue
Las Vegas, Nevada 89031

Stephone Revels
5316 Summer Trout Street
North Las Vegas, Nevada 89031

Reginald Russell
6551 McCarran Street, # 2067
North Las Vegas, Nevada 89086

        /s/ Emily Santiago
Employee of Jackson Lewis, LLP

JACKSON LEWIS LLP
LAS VEGAS

-4-