UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ALLEN, et al.,

　　　　Plaintiffs,

v.

REPUBLIC SILVER STATE DISPOSAL, INC., et al.,

　　　　Defendants.

2:10-CV-827 JCM (LRL)

**ORDER**

Presently before the court is defendant Republic Silver State Disposal, Inc.'s motion to dismiss plaintiffs Gerald Davis, Maurice Johnson, Dexter Lockhart, Floyd Hunt, and Stephone Revels pursuant to Federal Rule of Civil Procedure 41(b). (Doc. #42).

On January 5, 2011, Magistrate Judge Leavitt issued an order granting plaintiffs' attorneys' motion to withdraw from the case. (Doc. #26). In the same order, Magistrate Judge Leavitt ordered all of the plaintiffs to retain new counsel or file a status report explaining their failure to retain new counsel by February 18, 2011. (Doc. #26). Plaintiffs Gary Gates, Reginald Russell, and Robert Allen filed documents indicating that they wanted to proceed *pro se*. (Docs. #28, #29, and #30). The remaining plaintiffs failed to file any response to the magistrate judge's January 5, 2011, minute order.

Defendant then filed a motion asking the court to order the remaining plaintiffs to show cause for their failure to respond to the court's January 5, order. (Doc. #32). Magistrate Judge Leavitt, granting that motion, ordered plaintiffs Gerald Davis, Maurice Johnson, Dexter Lockhart, Floyd

**James C. Mahan**
**U.S. District Judge**

Hunt, Ty-Yivri Glover, Stephone Revels, and Theron Jones to file a written response to defendant's motion. (Doc. #35). Plaintiff Glover filed the only response to this order, indicating that he would proceed *pro se*. (Doc. #41). Plaintiff Jones also filed a self-styled "motion to reopen case" (doc. #37) and is not included in defendant's current motion to dismiss. (*See* Doc. #42).

Defendant then filed the instant motion to dismiss the non-responsive plaintiffs: Gerald Davis, Maurice Johnson, Dexter Lockhart, Floyd Hunt, and Stephone Revels. (Doc. #42). These plaintiffs failed to file an opposition, and defendant filed a notice of non-opposition on May 2, 2011. (Doc. #46). Magistrate Judge Leavitt had stayed the case on January 5, 2011. (Doc. #26). On August 30, 2011, this court issued an order lifting the stay on this case and dismissing plaintiff Floyd Hunt on unrelated grounds. (Doc. #56). Importantly, the court notes that there is no indication in the record that the plaintiffs subject to defendant's instant motion have taken any action in this case since January 5, 2011.

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

In the instant case, defendant asserts that the named plaintiffs should be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. (Doc. #42). A district court must weigh five factors in determining whether to dismiss a case for failure to comply with a court order. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). These five *Ferdik* factors are substantially the same as the *Ghazali* factors discussed above. *Compare Ghazali*, 46 F.3d at 53, *and Ferdik*, 963 F.2d at 1260.

Here, the court finds that Nevada Local Rule 7-2(d) and both the *Ferdik* and *Ghazali* factors weigh in favor of dismissing the named plaintiffs. Pursuant to Nevada Local Rule 7-2(d), these

James C. Mahan
U.S. District Judge

- 2 -

plaintiffs have presumptively consented to the dismissal of their case by failing to file a memorandum of points and authorities in opposition to defendant's motion. Further, as the court noted above, these plaintiffs do not appear to have taken any action in this case for almost eight months. Thus, the first three of the *Ghazali* and *Ferdik* factors weigh in favor of dismissing the named plaintiffs.

Finally, the last *Ghazali* and *Ferdik* factor does not weigh against dismissing the named plaintiffs. These plaintiffs ignored two orders to respond from Magistrate Judge Leavitt. Therefore, the "less drastic alternative[]" to dismissal required by *Ferdik* and *Ghazali* has already been offered by the court. Plaintiffs did not respond to the court's order when the repercussions would have been "less drastic." *See Ghazali*, 46 F.3d at 53; *Ferdik*, 963 F.2d at 1260.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Republic Silver State Disposal, Inc.'s motion to dismiss plaintiffs Gerald Davis, Maurice Johnson, Dexter Lockhart, and Stephone Revels (doc. #42) be, and the same hereby is, GRANTED.

DATED September 6, 2011.

_____
UNITED STATES DISTRICT JUDGE