UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT ALLEN, et al.,

        Plaintiffs,

v.

REPUBLIC SILVER STATE DISPOSAL, INC., et al.,

        Defendants.

2:10-CV-827 JCM (LRL)

**ORDER**

Presently before the court is defendant Republic Silver State Disposal, Inc.'s motion for extension of time to file a reply in support of its motion for summary judgment. (Doc. #67). Plaintiffs have not opposed this motion.

Republic Silver State Disposal is currently defending itself in a suit prosecuted by five individual *pro se* plaintiffs. Plaintiffs' court filings have been somewhat irregular, and plaintiffs have not displayed a consistent ability to follow court briefing schedules.

Defendant now moves the court for an extension of time up to and including October 31, 2011 to file a reply to the plaintiffs' various oppositions to the pending motion for summary judgment. (Doc. #67). Defendant asserts that the extension of time would allow it to reply to all of the plaintiffs' individual oppositions in one brief, thereby promoting judicial efficiency.

The court agrees with defendant that one consolidated reply to the plaintiffs' oppositions would further judicial efficiency. However, at this late and protracted stage in the litigation, defendant's request for two weeks to reply to plaintiffs' oppositions is too much. Therefore,

**James C. Mahan**
**U.S. District Judge**

1  defendant may file its reply to the plaintiffs' opposition no later than October 24, 2011.

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Republic Silver
4  State Disposal, Inc.'s motion to extend time to reply (doc. #67) be, and the same hereby is,
5  GRANTED.  Defendant has until October 24, 2011 to file a reply to the plaintiffs' oppositions.

6  DATED September 23, 2011.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -