Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Republic Silver State Disposal, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ALLEN, GERALD DAVIS, MAURICE JOHNSON, DEXTER LOCKHART, FLOYD HUNT, TY-YIVRI GLOVER, REGINALD RUSSELL, GARY GATES, STEPHONE REVELS, THERON JONES,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC SILVER STATE DISPOSAL, INC., AND DOES I-X AND ROES I-X,<br><br>Defendant. | Case No. 2:10-CV-00827-JCM-LRL<br><br>**MOTION FOR AN ORDER PERMITTING DEFENDANT REPUBLIC SILVER STATE DISPOSAL, INC. TO PROCEED WITH DISCOVERY** |

Defendant Republic Silver State Disposal Inc., ("Republic"), by and through its counsel of record, moves the Court for an Order Permitting Republic To Proceed with Discovery. This Motion is based upon the attached Memorandum of Points and Authorities, all pleadings and documents on file with the Court, and any argument that the Court deems proper.

Dated this 9th day of June, 2011.

JACKSON LEWIS LLP

   /s/ Lisa A. McClane
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada  89169

*Attorneys for Defendant*

JACKSON LEWIS LLP
LAS VEGAS

## MEMORANDUM OF POINTS AND AUTHORITIES

On January 5, 2011, the Court granted Callister + Associates' Motion to Withdraw as Counsel of Record for the Plaintiffs. Dkt. No. 26. The Court further ordered that the Plaintiffs had until February 18, 2011 to retain new counsel and file a notice of appearance or a status report explaining why they had not retained new counsel. *Id.* The Court also stayed proceedings in this matter pending further order of the Court. *Id.*

After Plaintiffs Gary Gates, Reginald Russell and Robert Allen filed status reports with the Court indicating they wished to proceed pro se, Republic filed a motion requesting permission to proceed with discovery relating to their claims. Dkt. Nos. 28-30, and 33. On March 15, 2011, this Court granted Republic's motion and permitted discovery relating to Plaintiffs Gates, Russell and Allen.

On March 16, 2011, Plaintiff Theron Jones ("Jones") filed a notice with the Court indicating his address and telephone number had changed and the following day asked the Court to reopen his case. Dkt Nos. 36-37. Thus, it appears that Jones intends to proceed in this matter pro se. Additionally, Plaintiff Ty-Yivri Glover filed a notice on April 1, 2011 indicating his intent to proceed pro se. Dkt. No. 41. Accordingly, Republic respectfully requests that the Court issue an Order permitting discovery relating to both Plaintiff Theron Jones' and Ty-Yivri Glover's claims.

Finally, Republic has two outstanding Motions to Dismiss which, when decided, may eliminate Plaintiffs Gerald Davis, Maurice Johnson, Dexter Lockhart, Floyd Hunt and Stephone Revels' (the "noncompliant Plaintiffs") claims. Dkt. Nos. 39, 42. No oppositions were filed to either of Republic's Motions to Dismiss. Dkt. Nos. 45, 46. However, while Republic awaits the Court's decision, it would in the interest of efficiency, still prefer that all parties operate under the

same scheduling order. To that end, Republic would like to inform the noncompliant Plaintiffs of discovery proceedings and invite them to attend as long as they remain parties in the action.

Accordingly, Republic respectfully requests that the Court issue an Order permitting Republic to: (1) continue discovery relating to Plaintiffs Theron Jones and Ty-Yveri Glover and (2) continue under the same scheduling order for all parties, including the non-compliant Plaintiffs.

Dated this 9th day of June, 2011.

JACKSON LEWIS LLP

/s/ Lisa A. McClane
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169

*Attorneys for Defendant*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 9-29-11

## CERTIFICATE OF SERVICE

Pursuant to Special Order #109, counsel of record registered for the CM/ECF system have been served with the foregoing **MOTION FOR AN ORDER PERMITTING DEFENDANT REPUBLIC SILVER STATE DISPOSAL, INC. TO PROCEED WITH DISCOVERY** by electronic means. In addition, pursuant to Fed. R. Civ. P. 5(b), I hereby certify that the service of the same was made this 9th day of June, 2011, by depositing a true copy of the same for mailing at Las Vegas, Nevada, addressed to:

| | |
|---|---|
| Robert Allen<br>3129 Extravagant<br>North Las Vegas, Nevada 89031 | Floyd Hunt<br>P.O. Box 5575<br>Simmons Ste. 1-433<br>North Las Vegas, Nevada 89031 |
| Gerald Davis<br>2512 Manchester Bay Avenue<br>North Las Vegas, Nevada 89031 | Gary L. Gates<br>6324 Orange Hue Street<br>North Las Vegas, Nevada 89031 |
| Ty-Yivri L. Glover<br>705 Bright Lights Avenue<br>Las Vegas, Nevada 89031 | Maurice A. Johnson<br>5608 Riverbird Street<br>North Las Vegas, Nevada 89031 |
| Theron Jones<br>3514 Arkwright Falls Avenue<br>Las Vegas, Nevada 89032 | Dexter E. Lockhart<br>328 Plum Horse Avenue<br>Las Vegas, Nevada 89031 |
| Stephone Revels<br>5316 Summer Trout Street<br>North Las Vegas, Nevada 89031 | Reginald Russell<br>6551 McCarran Street, # 2067<br>North Las Vegas, Nevada 89086 |

           /s/ Emily Santiago
     Employee of Jackson Lewis, LLP

JACKSON LEWIS LLP
LAS VEGAS

-4-